CHIEF JUSTICE
  CAROLYN WRIGHT

JUSTICES
  DAVID L. BRIDGES
  MOLLY FRANCIS
  DOUGLAS S. LANG
  ELIZABETH LANG-MIERS
  ROBERT M. FILLMORE
  LANA MYERS
  DAVID EVANS
  ADA BROWN
  CRAIG STODDART
  BILL WHITEHILL
  DAVID J. SCHENCK
  JASON BOATRIGHT



**Court of Appeals**
**Fifth District of Texas at Dallas**

600 COMMERCE STREET, SUITE 200
DALLAS, TEXAS 75202
(214) 712-3400

LISA MATZ
CLERK OF THE COURT
(214) 712-3450
theclerk@5th.txcourts.gov

GAYLE HUMPA
BUSINESS ADMINISTRATOR
(214) 712-3434
gayle.humpa@5th.txcourts.gov

FACSIMILE
(214) 745-1083

INTERNET
WWW.TXCOURTS.GOV/5THCOA.ASPX

May 21, 2018

Ms. Aretha Goines
2007 Cobblestone Trail
Forney, Texas 75126

RE:  Court of Appeals Number:  05-18-00415-CV
     Trial Court Case Number:   DC-16-16186

Style:  Aretha Goines
        v.
        Ally Financial

Dear Ms. Goines:

The Court has reviewed the parties' jurisdictional letter briefs.  As no dispute exists between the parties that appellant did not participate in the complained-of judgment and the record does not reflect appellant timely filed a post-judgment motion or request for findings of fact and conclusions of law, it appears the notice of appeal is timely as a notice of restricted appeal.  *See* TEX. R. APP. P. 26.1(c), 30.  Accordingly, appellant is directed to file, no later than May 31, 2018, an amended notice of appeal that complies with Texas Rule of Appellate Procedure 25.1(d)(1)-(5),(7).

Respectfully,

/s/ Lisa Matz, Clerk of the Court

ltr/lp

cc:   Kimberly P. Harris